UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES DAVIS**, <br><br> Plaintiff, <br><br> v. <br><br> **SUPT. JAMES T. WYNDER**, et al., <br><br> Defendants. | CIVIL ACTION <br><br> No. 05-3865 |

**MEMORANDUM/ORDER**

December 17, 2007

Petitioner James Davis has filed a *pro se* motion to alter or amend this court's judgment denying his petition for writ of habeas corpus. *See* Docket No. 20 (motion); Docket No. 19 (order); Fed. R. Civ. P. 59(e). Because petitioner's motion raises no new argument in addition to those already addressed in this court's order denying his petition, **IT IS ORDERED** that his motion, Docket No. 20, is **DENIED**.

BY THE COURT:

/s/ Louis H. Pollak

_____

Pollak, J.